| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| 2 | William J. Dritsas (State Bar No. 97523)<br>Eden Anderson (State Bar No. 233464) |
| 3 | 560 Mission, Suite 3100<br>San Francisco, CA 94105 |
| 4 | Telephone:  (415) 397-2823<br>Fax:  (415) 397-8549 |

1  SEYFARTH SHAW LLP
   William J. Dritsas (State Bar No. 97523)
2  Eden Anderson (State Bar No. 233464)
   560 Mission, Suite 3100
3  San Francisco, CA 94105
   Telephone:  (415) 397-2823
4  Fax:  (415) 397-8549

5  Attorneys for Defendant
   TESORO REFINING AND MARKETING COMPANY
6
   LAW OFFICES OF RANDAL M. BARNUM
7  Randal M. Barnum (State Bar No. 111287)
   Carrie E. Croxall (State Bar No. 190430)
8  279 East H Street
   Benicia, CA  94510
9  Telephone:  (707) 745-3747
   Fax:  (707) 745-4580
10
   Attorneys for Plaintiff
11 BULMARO OROZCO

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14 BULMARO OROZCO,                    )  Case No. C 11 05756 CRB
                                      )
15         Plaintiff,                 )  **STIPULATION FOR DISMISSAL WITH**
                                      )  **PREJUDICE; ORDER THEREON**
16     v.                             )
                                      )
17 TESORO REFINING AND MARKETING      )  Complaint Filed:  October 11, 2011
   COMPANY, EAGLE REFINERY, and DOES 1)
18 -50, inclusive,                    )
                                      )
19         Defendants.                )
                                      )
20                                    )
                                      )
21                                    )
                                      )
22

23        Plaintiff Bulmaro Orozco, Jr. ("Plaintiff") and Defendant Tesoro Refining and Marketing

24 Company, which operates the Golden Eagle Refinery ("Defendant"), collectively "the Parties,"

25 by and through their counsel, file this Stipulation of Dismissal with Prejudice pursuant to Federal

26 Rule of Civil Procedure section 41.

27        Plaintiff filed this lawsuit on October 11, 2011.

28

---

STIPULATION FOR DISMISSAL WITH PREJUDICE; PROPOSED ORDER THEREON
Case No. C 11-05756-CRB

1  The Parties have entered into a "Release and Settlement Agreement" that settles all aspects of the lawsuit as well as all aspects of Mr. Orozco's workers' compensation claim and Labor Code section 132(a) claim that were pending in WCAB Case No. ADJ7897317.

Plaintiff moves to dismiss with prejudice the lawsuit against Defendant. Defendant agrees to the dismissal with prejudice.

This Stipulation and Order may be signed in counterparts, and electronic and facsimile signatures shall be as valid and as binding as original signatures.

WHEREFORE, the Parties, by and through their attorneys of record, so stipulate.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.


DATED: February 27, 2013            SEYFARTH SHAW LLP


                                    By    /s/ Eden Anderson
                                         William J. Dritsas
                                         Eden Anderson
                                    Attorneys for Defendant
                                    TESORO REFINING AND MARKETING COMPANY


DATED: January 14, 2013             LAW OFFICES OF RANDAL M. BARNUM


                                    By    /s/ Randal M. Barnum
                                         Randal M. Barnum
                                         Carrie E. Croxall
                                    Attorneys for Plaintiff
                                    BULMARO OROZCO, JR.

1 **ORDER**

2 PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

3 Plaintiff's lawsuit, Case No C 11-05756, is hereby dismissed with prejudice.

4

5 Dated:  February 27, 2013



Charles R. Breyer
United States District Judge

3
STIPULATION FOR DISMISSAL WITH PREJUDICE; PROPOSED ORDER THEREON
Case No. C 11-05756-CRB